THE HONORABLE TIMOTHY W. DORE
Chapter 7
Place: 700 Stewart St., Court Room 8106
Seattle, WA 98101
Hearing Date: July 20, 2018
Time: 9:30 a.m.
Response Date: July 13, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

Jason Wesley Davis,

Debtor.

No. 15-16254

Declaration of Real Estate Broker Kai Rainey

I, Kai Rainey, hereby declare as follows:

1. I am over 18 years of age, am competent to testify to the statements herein and make the statements herein based on facts personally known to me.

2. I am the real estate agent in Bellevue, WA and I specialize in selling homes for bankruptcy trustees. I have sold over 900 homes for trustees in the last 10 years.

3. I frequently evaluate homes for trustees, to determine value, even in cases where we do not list the homes for sale.

4. I was asked to complete a market analysis for the property located at 13337 211th Place NE in Woodinville, WA.

5. A member of my marketing team visited the subject property on Monday July 9th. He supplied me with interior photos of the property, as will as a list of deferred maintenance issues that the debtor pointed out to him.

Declaration of Real Estate Broker Kai Rainey - 1

**Michael P. Klein**
Attorney at Law
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

6. The property is located is a very desirable neighborhood, within a gated community, and on a golf course. It has 4200 square feet, and is on a 1.2 acre lot.

7. There have been no sales in the last year on this specific street, but the house next door to the subject property is currently listed for just under $2,000,000. It has 200 square feet more than the subject property, and doesn't have any obvious maintenance issues. This has been on the market for 25 days, so it's likely the final sales price will be less than the current list price.

8. Within ¾ of a mile there are 7 sold comparable properties from the last year. The average sale price for these properties is $1,848,000 with an average of only 11 days on market.

9. I have attached a brief market analysis of the comparable properties.

10. The subject property has not had any recent updates. A buyer would likely need to address the deteriorated roof, siding and driveway, replace windows and possibly complete septic repairs.

11. I would recommend a list price of $1,650,000, which after costs of sale (commission, excise tax, title and escrow fees) would leave approximately $1.5 million.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Executed this 13 day of July 2018, at Tucson, AZ

Kai Rainey
Real Estate Broker

Declaration of Real Estate Broker Kai Rainey - 2

**Michael P. Klein**
Attorney at Law
330 Madison Ave. S., Suite 110
Bainbridge Island, WA 98110
(206) 842-3638

# Comparative Market Analysis



Researched and prepared by

## Kailee Rainey

Subject Property

,

Prepared exclusively for

## Trustee for Jason Davis

Prepared on
July 13, 2018



Kailee Rainey RE/MAX Eastside Brokers, Inc.

11555 SE 8th St, Ste 200

Bellevue, WA 98004

(206) 681-9670

Admin@SSapprovals.com

# Comparative Market Analysis

13337 211th Place NE  
Woodinville, 98072



## Summary of Comparable Listings

Friday, July 13, 2018

This page summarizes the comparable listings contained in this market analysis.

### Active listings

| Address | L/S Price | Bd | Bth | Sqft | $/Sq | Built | MLS # | Date | CDOM |
|---|---|---|---|---|---|---|---|---|---|
| 13337 211th Place NE | | *4* | *3.75* | *4,200* | | *1990* | | | |
| 21030 NE 133rd Ave | $1,980,000 | 6 | 4.50 | 4,460 | $444 | 1990 | 1306794 | 06/18/2018 | 25 |
| | **$1,980,000** | **6.0** | **4.50** | **4,460** | **$444** | | | | **25** |

### Pending listings

| Address | L/S Price | Bd | Bth | Sqft | $/Sq | Built | MLS # | Date | CDOM |
|---|---|---|---|---|---|---|---|---|---|
| 13337 211th Place NE | | *4* | *3.75* | *4,200* | | *1990* | | | |
| 21720 NE 136th Place | $1,995,000 | 4 | 5.00 | 4,840 | $412 | 1999 | 1311172 | 06/27/2018 | 7 |
| | **$1,995,000** | **4.0** | **5.00** | **4,840** | **$412** | | | | **7** |

### Sold listings

| Address | L/S Price | Bd | Bth | Sqft | $/Sq | Built | MLS # | Date | CDOM |
|---|---|---|---|---|---|---|---|---|---|
| 13337 211th Place NE | | *4* | *3.75* | *4,200* | | *1990* | | | |
| 19995 NE 129th St | $1,755,000 | 4 | 3.50 | 4,640 | $378 | 1991 | 1286462 | 06/18/2018 | 7 |
| 14239 212th Dr NE | $1,432,000 | 4 | 2.50 | 3,960 | $362 | 1989 | 1270904 | 05/01/2018 | 6 |
| 12426 205th Place NE | $2,298,000 | 4 | 3.50 | 4,986 | $461 | 2006 | 1251524 | 06/18/2018 | 10 |
| 20532 NE 126th Wy | $1,850,000 | 4 | 3.50 | 4,920 | $376 | 2001 | 1247623 | 05/03/2018 | 23 |
| 13215 218th Ave NE | $1,915,000 | 4 | 3.50 | 4,300 | $445 | 1999 | 1245030 | 03/28/2018 | 6 |
| 21108 NE 129th Ct | $1,840,000 | 4 | 3.50 | 4,700 | $391 | 2003 | 1173912 | 10/20/2017 | 15 |
| | **$1,848,333** | **4.0** | **3.30** | **4,584** | **$402** | | | | **11** |

Median: **$1,882,500**  
Average: **$1,883,125**

Researched and prepared by **Kailee Rainey**  
11555 SE 8th St, Ste 200 Bellevue, WA (425) 453-7000

# Comparative Market Analysis
13337 211th Place NE
Woodinville, 98072



## CMA Map Layout

Friday, July 13, 2018

This page displays the Map for the CMA Subject and your comparables.



| | |
|---|---|
| 1 | 13337 211th Place NE |
| 2 | 21720 136th Place Ne |
| 3 | 21030 133rd Ave Ne |
| 4 | 19995 129th St Ne |
| 5 | 14239 212th Dr |
| 6 | 12426 205th Place |
| 7 | 20532 126th Wy Ne |
| 8 | 13215 218th Ave |
| 9 | 21108 129th Ct Ne |

Researched and prepared by **Kailee Rainey**
11555 SE 8th St, Ste 200 Bellevue, WA(425) 453-7000


## Pricing Recommendation

Friday, July 13, 2018

This page suggests a recommended selling price based on a thorough analysis of your property.

**Even with the significan deferred maintenance the subject property suffers from, a sales price of $1,550,000 to $1,650,000 is supported by the current market.**