**Below is the Order of the Court.**

**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

TIMOTHY W. DORE  Chapter 7
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

In re:

Jason Wesley Davis,

Debtor.

Case No. 15-16254-TWD

**ORDER DENYING DEBTOR'S MOTION TO DISMISS**

THIS MATTER came before the Court on the Debtor's motion to dismiss [Docket No. 105] ("Motion"). The Court has reviewed and considered the Motion, any and all evidence submitted in support of and in opposition to the Motion, the records and files in this case, and the oral argument at the July 20, 2018 and August 24, 2018 hearings on the Motion. At the conclusion of the hearing on the Motion on August 24, 2018 the Court gave an oral ruling, which constitutes the Court's findings of fact

and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that the Motion is denied.

/// End of Order ///